UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
S&R DEVELOPMENT ESTATES, LLC and "JOHN
DOE" NOS. 1 THROUGH 75,

                                       Plaintiffs,

              - *against* -                                   07 Civ. 11112 (WCC)

STEVEN BASS, EDDIE MAE BARNES, PAUL FEINER,
DIANA JUETTNER and FRANCIS SHEEHAN, Constituting      **AFFIDAVIT OF**
the Town Board of the Town of Greenburgh, Westchester     **PERSONAL SERVICE**
County, New York, STEVEN BELASCO, MALCOLM
BAUMGARTNER, EVE BUNTING-SMITH, NICHOLAS      **ECF CASE**
DECICCO, LAWRENCE DOYLE, ROHAN HARRISON and
DANIEL ROSENBLUM, Constituting the Zoning Board of
Appeals of the Town of Greenburgh, Westchester County,
New York, MARK STELLATO, Commissioner of the
Department of Community Development and Conservation of
the Town of Greenburgh, TOWN OF GREENBURGH and
JOHN and JANE DOE,

                                      Defendants.
------------------------------------------------------------------------X
STATE OF NEW YORK         )
                                ) ss.:
COUNTY OF WESTCHESTER  )

      The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides in Yonkers, New York.

      That on December 21, 2007 at approximately 11:45 a.m., deponent served the within **SUMMONS, COMPLAINT and AMENDED COMPLAINT** upon MARK STELLATO, Commissioner of the Department of Community Development and Conservation of the Town of Greenburgh, in the following manner:

      by delivering a true copy of each to the Office of the Town Clerk of the Town of Greenburgh, by Bina Ramchandam, employed therein, at 177 Hillside Avenue, Greenburgh, New York. Said premises is defendant's actual place of business within the State. Ms. Ramchandam is described as a brown skinned female with gray hair, blue eyes, approximately 45 years of age, weighing approximately 110 pounds and standing approximately 5' 6" tall.

      Within 20 days of such delivery, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at the Town of Greenburch, 177 Hillside Avenue, Greenburgh, New York 10607.

                                                                          STEPHEN MAZZEI

Sworn to before me this
31st day of December, 2007

_____
Notary Public

CLARE R. FOX
Notary Public, State of New York
No. 01FO4946852
Qualified in Westchester County
Commission Expires 2/6/11