UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
S&R DEVELOPMENT ESTATES, LLC and "JOHN
DOE" NOS. 1 THROUGH 75,

                              Plaintiffs,                    07 Civ. 11112 (WCC)

        - against -

STEVEN BASS, EDDIE MAE BARNES, PAUL FEINER,     **AFFIDAVIT OF**
DIANA JUETTNER and FRANCIS SHEEHAN, Constituting     **PERSONAL SERVICE**
the Town Board of the Town of Greenburgh, Westchester
County, New York, STEVEN BELASCO, MALCOLM     **ECF CASE**
BAUMGARTNER, EVE BUNTING-SMITH, NICHOLAS
DECICCO, LAWRENCE DOYLE, ROHAN HARRISON and
DANIEL ROSENBLUM, Constituting the Zoning Board of
Appeals of the Town of Greenburgh, Westchester County,
New York, MARK STELLATO, Commissioner of the
Department of Community Development and Conservation of
the Town of Greenburgh, TOWN OF GREENBURGH and
JOHN and JANE DOE,

                              Defendants.
-------------------------------------------------------------------X
STATE OF NEW YORK        )
                          ) ss.:
COUNTY OF WESTCHESTER    )

       The undersigned, being duly sworn, deposes and says:  deponent is not a party herein, is over
18 years of age and resides in Yonkers, New York.

       That on December 21, 2007 at approximately 11:45 a.m., deponent served the within
**SUMMONS, COMPLAINT and AMENDED COMPLAINT** upon STEVEN BASS, EDDIE
MAE BARNES, PAUL FEINER, DIANA JUETTNER and FRANCIS SHEEHAN, Constituting the
Town Board of the Town of Greenburgh, Westchester County, New York, STEVEN BELASCO,
MALCOLM BAUMGARTNER, EVE BUNTING-SMITH, NICHOLAS DECICCO, LAWRENCE
DOYLE, ROHAN HARRISON and DANIEL ROSENBLUM, Constituting the Zoning Board of
Appeals of the Town of Greenburgh, Westchester County, New York and the TOWN OF
GREENBURGH, in the following manner:

       by delivering a true copy of each to the Office of the Town Clerk of the Town of
Greenburgh, by Bina Ramchandam, employed therein, at 177 Hillside Avenue, Greenburgh, New
York pursuant to CPLR 308 and 312.  Ms. Ramchandam is described as a brown skinned female with
gray hair, blue eyes, approximately 45 years of age, weighing approximately 110 pounds and
standing approximately 5' 6" tall.

                                              STEPHEN MAZZEI

Sworn to before me this
31st day of December, 2007

Notary Public

CLARE R. FOX
Notary Public, State of New York
No. 01FO4946852
Qualified in Westchester County
Commission Expires 3/6/11