JAN. 29. 2008, 4:17PM    BLEAKLYPLATT&SCHMIDT                    NO. 5534    P. 2

12122394949

*ORIGINAL*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
S&R DEVELOPMENT ESTATES, LLC and
"JOHN DOE" NOS. 1 THROUGH 75,

        Plaintiffs,

    - against -

STEVEN BASS, EDDIE MAE BARNES, PAUL
FEINER, DIANA JUETTNER and FRANCIS
SHEEHAN, Constituting the Town Board
of the Town of Greenburgh,
Westchester County, New York, STEVEN
BELASCO, MALCOLM BAUMGARTNER, EVE
BUNTING-SMITH, NICHOLAS DECICCO,
LAWRENCE DOYLE, ROHAN HARRISON and
DANIEL ROSENBLUM, Constituting the
Zoning Board of Appeals of the Town
of Greenburgh, Westchester County,
New York, MARK STELLATO, Commissioner
of the Department of Community
Development and Conservation of the
Town of Greenburgh, TOWN OF
GREENBURGH and JOHN and JANE DOE,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SO ORDERED
STIPULATION *extending time*

07 Civ. 11112(WCC)(GAY)

ECF CASE

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys

that the time for Defendants to answer or otherwise move in the above-captioned action is extended

through and including February 11, 2008.

Dated:    New York, New York
           January 29, 2008

454613.1 DocSNY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

E-
COPIES MAILED TO COUNSEL OF RECORD

BLEAKLEY PLATT & SCHMIDT, LLP                    LANDMAN CORSI BALLAINE & FORD P.C.


By: _____John A. Risi_____          By: _____James M. West_____
John A. Risi, Esq. (JR 6475)                      James M. Woolsey, III (JW 9157)
Attorneys for Plaintiffs                          Attorneys for Defendants
One North Lexington Avenue                        120 Broadway, 27th Floor
P.O. Box 5056                                     New York, New York 10271-0079
White Plains, NY 10602-5056                       (212) 238-4800




So Ordered

_____William C. Conner_____
S/ U.S.D.J.

dated: Feb. 5, 2008
       White Plains, NY