UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
S&R DEVELOPMENT ESTATES, LLC and
"JOHN DOE" NOS. 1 THROUGH 75,

       Plaintiffs,

   - against -

STEVEN BASS, EDDIE MAE BARNES, PAUL
FEINER, DIANA JUETTNER and FRANCIS
SHEEHAN, Constituting the Town Board
of the Town of Greenburgh,
Westchester County, New York, STEVEN
BELASCO, MALCOLM BAUMGARTNER, EVE
BUNTING-SMITH, NICHOLAS DECICCO,
LAWRENCE DOYLE, ROHAN HARRISON and
DANIEL ROSENBLUM, Constituting the
Zoning Board of Appeals of the Town
of Greenburgh, Westchester County,
New York, MARK STELLATO, Commissioner
of the Department of Community
Development and Conservation of the
Town of Greenburgh, TOWN OF
GREENBURGH and JOHN and JANE DOE,

       Defendants.
----------------------------------------X

**SO ORDERED**
STIPULATION AND ORDER

07 Civ. 11112(WCC)(GAY)

ECF CASE

**ORIGINAL**

     **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys that the time for Defendants to answer or otherwise move in the above-captioned action is extended through and including February 29, 2008.

Dated:    New York, New York
           February 7, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

454613.1 DocsNY

COPIES MAILED TO COUNSEL OF RECORD for As of
AND E-MAILED TO TTs COUNSEL

| | |
|---|---|
| BLEAKLEY PLATT & SCHMIDT, LLP | LANDMAN CORSI BALLAINE & FORD P.C. |
| By: *John A. Risi* | By: *James M. Woolsey* |
| John A. Risi, Esq. (JR 6475) | James M. Woolsey, III (JW 9157) |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| One North Lexington Avenue | 120 Broadway, 27th Floor |
| P.O. Box 5056 | New York, New York 10271-0079 |
| White Plains, NY 10602-5056 | (212) 238-4800 |

So Ordered

*William C. Conner*
U.S.D.J.

Dated: Feb. 14, 2008
White Plains, NY