UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
S&R DEVELOPMENT ESTATES, LLC and "JOHN
DOE" NOS. 1 THROUGH 75,

        Plaintiffs,                                     **NOTICE OF APPEARANCE**

    - against -

STEVEN BASS, EDDIE MAE BARNES, PAUL               07 Civ. 11112(WCC)(GAY)
FEINER, DIANA JUETTNER and FRANCIS                ECF CASE
SHEEHAN, Constituting the Town Board of the Town
of Greenburgh, Westchester County, New York,
STEVEN BELASCO, MALCOLM BAUMGARTNER,
EVE BUNTING-SMITH, NICHOLAS DECICCO,
LAWRENCE DOYLE, ROHAN HARRISON and
DANIEL ROSENBLUM, Constituting the Zoning
Board of Appeals of the Town of Greenburgh,
Westchester County, New York, MARK STELLATO,
Commissioner of the Department of Community
Development and Conservation of the Town of
Greenburgh, TOWN OF GREENBURGH and JOHN
and JANE DOE,

        Defendants.
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that on behalf of defendants STEVEN BASS, EDDIE MAE BARNES, PAUL FEINER, DIANA JUETTNER and FRANCIS SHEEHAN, Constituting the Town Board of the Town of Greenburgh, Westchester County, New York, STEVEN BELASCO, MALCOLM BAUMGARTNER, EVE BUNTING-SMITH, NICHOLAS DECICCO, LAURENCE DOYLE, ROHAN HARRISON, and DANIEL ROSENBLUM, Constituting the Zoning Board of Appeals of the Town of Greenburgh, Westchester County, New York, MARK STELLATO, Commissioner of the Department of Community Development and Conservation of

456807.1 DocsNY

the Town of Greenburgh, and the TOWN OF GREENBURGH, the undersigned attorney will appear as counsel of record.

**PLEASE TAKE FURTHER NOTICE** that all pleadings, papers and documents required to be served in this action upon the defendants should be served upon the undersigned and all electronic notifications will be sent to jwoolsey@lcbf.com.

Dated:   New York, New York
         February 19, 2008

                                    Yours, etc.

                                    LANDMAN CORSI BALLAINE & FORD P.C.

                      By:   _____
                            James M. Woolsey, III, Esq. (JW-9157)
                            Attorneys for Defendants
                            STEVEN BASS, EDDIE MAE BARNES, PAUL
                            FEINER, DIANA JUETTNER and FRANCIS
                            SHEEHAN, STEVEN BELASCO, MALCOLM
                            BAUMGARTNER, EVE BUNTING-SMITH,
                            NICHOLAS DECICCO, LAURENCE DOYLE,
                            ROHAN HARRISON, and DANIEL
                            ROSENBLUM, MARK STELLATO, and the
                            TOWN OF GREENBURGH
                            120 Broadway, 27th Floor
                            New York, New York 10271-0079
                            (212) 238-4800

TO:   John A. Risi, Esq. (JR 6475)
      BLEAKLEY PLATT & SCHMIDT
      Attorneys for Plaintiff
       S&R Development Estates, LLC
      One North Lexington Avenue
      P.O. Box 5056
      White Plains, New York 10602-5056

456807.1 DocsNY

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

      **RYAN NEW**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at NEW YORK, NEW YORK.

      That on the 19th day of February, 2008, deponent served the within **NOTICE OF APPEARANCE** upon:

> John A. Risi, Esq. (JR 6475)
> BLEAKLEY PLATT & SCHMIDT
> One North Lexington Avenue
> P.O. Box 5056
> White Plains, New York 10602-5056

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

                                                                Ryan New

Sworn to before me this
19th day of February, 2008

_____
Notary

ARJAY G. YAO
Notary Public, State of New York
No. 02YA6175163
Qualified in Kings County
Commission Expires Oct. 9, 2011

456875.1 DocsNY