UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
S&R DEVELOPMENT ESTATES, LLC and "JOHN
DOE" NOS. 1 THROUGH 75,

        Plaintiffs,

- against -

STEVEN BASS, EDDIE MAE BARNES, PAUL
FEINER, DIANA JUETTNER and FRANCIS
SHEEHAN, Constituting the Town Board of the Town
of Greenburgh, Westchester County, New York,
STEVEN BELASCO, MALCOLM BAUMGARTNER,
EVE BUNTING-SMITH, NICHOLAS DECICCO,
LAWRENCE DOYLE, ROHAN HARRISON and
DANIEL ROSENBLUM, Constituting the Zoning
Board of Appeals of the Town of Greenburgh,
Westchester County, New York, MARK STELLATO,
Commissioner of the Department of Community
Development and Conservation of the Town of
Greenburgh, TOWN OF GREENBURGH and JOHN
and JANE DOE,

        Defendants.
------------------------------------------------------------------X

**NOTICE OF MOTION**

07 Civ. 11112(WCC)(GAY)
ECF CASE

**PLEASE TAKE NOTICE**, that upon the accompanying Declaration of Elizabeth Gerrity, dated February 27, 2008, and exhibits attached hereto; the accompanying Declaration of Thomas Madden, dated February 28, 2008, and exhibits attached hereto; the accompanying Declaration of Carole Walker, dated February 29, 2008, and exhibits attached thereto, the accompanying Memorandum of Law and all prior pleadings and prior proceedings in this action, the undersigned will move this Court before the Honorable William C. Conner, U.S.D.J., in the U.S. Courthouse, 300 Quarropas Street, White Plains, New York, at 9:30 a.m. on April 14, 2008, or as soon thereafter as

457511.1 DocsNY

counsel can be heard, for an order: (1) dismissing plaintiffs' Amended Complaint, with prejudice, pursuant to Fed.R.Civ.P. § 12(b)(1) and (6); and (2) granting defendants such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that responding papers, if any, are to be served no later than March 28, 2008 and reply papers are to be served no later than April 11, 2008.

Dated: New York, New York
       February 29, 2008

LANDMAN CORSI BALLAINE & FORD P.C.

By: _____
    James M. Woolsey, III (JW 9157)
    Attorney for Defendants
    120 Broadway, 27th Floor
    New York, New York 10271
    (212) 238-4800

To.:   John A. Risi, Esq. (JR 6475)
       BLEAKLEY PLATT & SCHMIDT
       Attorneys for Plaintiffs
       One North Lexington Avenue
       P.O. Box 5056
       White Plains, New York 10602-5056

457511.1 DocsNY                         2

# AFFIDAVIT OF SERVICE VIA FEDERAL EXPRESS

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

      **RYAN NEW**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at NEW YORK, NEW YORK.

      That on the 29th day of February, 2008, deponent served the within **NOTICE OF MOTION** upon:

> John A. Risi, Esq. (JR 6475)
> BLEAKLEY PLATT & SCHMIDT
> One North Lexington Avenue
> P.O. Box 5056
> White Plains, New York 10602-5056

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed Federal Express overnight mail wrapper, under the exclusive care and custody of Federal Express.

                                      _____
                                              Ryan New

Sworn to before me this
29th day of February, 2008

_____
          Notary

CHRISTOPHER FRETEL
NOTARY PUBLIC, State of New York
No. 02FR6123499
Qualified in New York County
Commission Expires March 7, 2009