UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
S&R DEVELOPMENT ESTATES, LLC and "JOHN DOE" NOS. 1 THROUGH 75,

        Plaintiffs,

- against -

STEVEN BASS, EDDIE MAE BARNES, PAUL FEINER, DIANA JUETTNER and FRANCIS SHEEHAN, Constituting the Town Board of the Town of Greenburgh, Westchester County, New York, STEVEN BELASCO, MALCOLM BAUMGARTNER, EVE BUNTING-SMITH, NICHOLAS DECICCO, LAWRENCE DOYLE, ROHAN HARRISON and DANIEL ROSENBLUM, Constituting the Zoning Board of Appeals of the Town of Greenburgh, Westchester County, New York, MARK STELLATO, Commissioner of the Department of Community Development and Conservation of the Town of Greenburgh, TOWN OF GREENBURGH and JOHN and JANE DOE,

        Defendants.
------------------------------------------------------------X

**DECLARATION OF ELIZABETH GERRITY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

07 Civ. 11112(WCC)(GAY)
ECF CASE

    **ELIZABETH GERRITY** declares as follows:

1. I am the staff assistant for the Town of Greenburgh's Building Department.

2. This declaration is submitted in support of Defendants' motion to dismiss plaintiffs' Amended Complaint.

3. My responsibilities in the normal course of business as staff assistant include maintaining the Building Department's files. The Building Department's files are available for inspection by the public during the Department's business hours.

4. The following are true and correct copies of the following documents from the Building Department's files.

457193.1 DocsNY

**Exhibit A** - Substitute Certificate of Occupancy number 99-795 dated July 1, 1999 regarding property located in the Town of Greenburgh known as "Volume 8 Sheet 37B Block 1692 Lot 14A" and located at 1 Dromore Road.

**Exhibit B** - plaintiff S&R Development Estates, LLC ("S&R") Application For Plan Examination and Demolition Permit dated October 10, 2006 for One Dromore Road in the Town of Greenburgh.

**Exhibit C** - Demolition Permit dated December 1, 2006 for demolition work at One Dromore Road.

**Exhibit D** - Certificate of Completion (Permanent) dated December 15, 2006 regarding demolition work at One Dromore Road.

5.  I hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on the **27**th
day of February 2008.

Elizabeth Gerrity

# EXHIBIT A



# TOWN of GREENBURGH
## DEPARTMENT OF BUILDINGS
P.O. Box 205, Elmsford, New York 10523
(914) 993 - 1561

**PAUL J FEINER**
Supervisor

**JOHN LUCIDO**
Building Inspector

**ANTHONY ZACAROLLI**
Deputy Building Inspector

## SUBSTITUTE CERTIFICATE OF OCCUPANCY

Number: **99- 795**

This is to certify, that inspection of premises and buildings there on, known as

Volume **8**   Sheet **37B**   Block **1692**   Lot **14A**

situated on the **West/s  1 Dromore Road - Cotswold**   made by the undersigned,

and permission is hereby granted for usage and occupancy in conformity with the regulations

applicable to  **R-20**   Building   Zone   Ordinance   of   the   Town   of   Greenburgh.

Dated:   July 1, 1999

Owner:   Lan & Barbara O'Kun

_____
Building Inspector

Inspection Report Date : July 1, 1999

# EXHIBIT B

# TOWN OF GREENBURGH
## DEPARTMENT OF BUILDINGS
177 HILLSIDE AVENUE, GREENBURGH, N.Y. 10607-1409
(914) - 993 -1561

Receipt No.: __79016__

Appl. Fee $ __50__ Check # __3713__ Date: __10/10/06__

Demo Fee $ __53__ Check # __3712__ Date: __10/10/06__ Permit No.: __06-18009__

Total $ __103__ Approved By __John Lucido__
(Building Inspector)

## APPLICATION FOR PLAN EXAMINATION AND DEMOLITION PERMIT

**REQUIREMENTS FOR OBTAINING A DEMOLITION PERMIT:**
The following items must be submitted in order to obtain a Demolition Permit.
1. Two COMPLETE original Demolition Permit Application Forms, completed neatly and legibly in ink or typewritten and notarized.
2. Three copies of the property survey (signed and sealed).
3. Three sets of demolition drawings/plans.
4. Permit fees.
5. Demolisher/Contractor's certificate of insurance, naming the Town of Greenburgh as additionally insured.
6. A. Proof of Discontinuance of:
   Water and Sewer Service (Letter of Verification from Town's Water & Sewer Department) ☑ YES ☐ NOT APPLICABLE

   Electric Service (Letter of Verification from Con Edison) ☑ YES ☐ NOT APPLICABLE

   B. Proof of Discontinuance of Underground Storage Tanks, If Applicable ☐ YES ☑ NOT APPLICABLE

   C. Certification of Asbestos Removal ☑ YES    Certification of Absence of Asbestos ☐ YES
   ☐ NOT APPLICABLE

**TO THE BUILDING INSPECTOR: **IMPORTANT**  APPLICANT MUST COMPLETE ALL ITEMS**
The undersigned hereby makes application for a permit to perform the work shown on the drawings accompanying this application and described herein. This application will be abandoned six (6) months from this date unless before then a permit shall have been issued.

**PLEASE PRINT CLEARLY:**   YEAR BUILT: __1916__

Location: No. __1__ Street __Dromore Road__ Post Office __Scarsdale__ Zip __10533__

Vol. __8__ Sheet __37B__ Block __1672__ Lot(s) __14A, 70A, 70B and 70C__ Rick Tray

Owner __STK Development Estates LLC__ Address __600 Mamaroneck Ave, Ste. 400 Harrison, NY 10528__ Phone # __914 468-C824__

Lessee (if any) __N/A__ Address __N/A__ Phone # __N/A__

TYPE OF DEMOLITION: ☑ Whole Bldg.  ☐ Partial, Please Specify _____

USE OF BUILDING: ☑ One Family  ☐ Garage  ☐ Industrial
☐ Two or more Families  ☐ Carports  ☐ Parking Garage
Code   Enter No. of Units ___  ☐ Store, Mercantile  ☐ Service Station, Repair Garage
Classification ___  ☐ Office  ☐ Other ___

PRINCIPAL TYPE OF FRAME | PRINCIPAL TYPE OF HEAT/FUEL & SYSTEM | RESIDENTIAL BLDG. ONLY
☐ Masonry  ☐ Gas  ☐ Hot Water  Number of Bedrooms: __4__
☑ Wood Frame  ☑ Oil  ☐ Radiant  Number of Bathrooms:
☐ Structural Steel  ☐ Electricity  ☐ Warm Air  Full __2__
☐ Reinforced Concrete  ☐ Coal  ☑ Steam  Partial __1__
☐ Other/Specify ___  ☐ Other/Specify ___

TYPE OF SEWAGE DISPOSAL
☑ Public or...
☐ Private Co. (septic tank, etc..)

TYPE OF FOUNDATION | TYPE OF ROOF FRAMING
☑ Masonry  ☐ Bar Joist  FIRE SPRINKLER SYSTEM
☐ Reinforced concrete  ☐ Truss  ☐ Yes
☐ Other/Specify ___  ☑ Other/Specify __wood beams__  ☑ No

Method of Demolition: __Mechanical Demolition__

IDENTIFICATION : (To be completed by all applicants)

Name of Responsible Person Who will supervise the demolition ? _John Meyer Consulting - Attn: Bob Roth_

**Please Print Clearly**

◄ Certified Asbestos Removal Company's Name : _EvenAir, Inc. - Sten Evenhage_
Please Print Both the Company's Name and the President's Name Clearly !

Address : _10-59 Jackson Ave., LIC NY 11101_

Telephone Number: _718-947-1400_

N.Y.S. License Number : _04-0013_

Signature : _[signature]_

◄ Contractor's/Demolisher's Name : _TMI Wrecking Inc / Steven Palmiotto_
*Note: If a Corporation, Please Print Both the Company's Name and the President's Name Clearly

Address : _277 E. Third St. Mount Vernon, NY 10553_

Telephone Number: _914 668-1824_    Number of Employees : _8_

Signature : _[signature]_

Compensation Policy Number : _W-1399702-8_    Expiration Date : _9/15/07_

Public Liability Number : _CLS1290970_ Amount : $_1,000,000.00_ Expiration Date : _7/9/07_

Name of Assured : _LoVullo Associates_

Name of Insurance Company : _Scottsdale Insurance Co._

**Affidavit of Ownership**

STATE OF NEW YORK     }
                      } ss:
COUNTY OF WESTCHESTER }

_Richard Troy_ being duly sworn, deposed and says: that
(Print Name) (owner, agent, builder, contractor, corporate office)

_S+R Development Estates, LLC_ is the owner in fee of the premises to which this application applies; that he/she (the applicant) is duly authorized to make this application; and that the statements contained here are true to the best of his/her knowledge and belief, and that the work will be performed in the manner set forth in the application and in the plans and specifications filed therewith, and in accordance with all applicable laws, ordinances and regulations.

(Note: The filing of this application does not constitute a permit to commence construction)

_[signature]_
Signature of Applicant

S+R Development Estates, LLC
By: _[signature]_ Managing Member
Signature of Owner

NANCY RENDA
Notary Public - State of New York
No. 01RE6153121
Qualified in Westchester County
Commission Expires: 9/25/2010

Sworn To Before Me This

_27th_ Day of _September_ 20 _06_

_[signature]_
Notary Public, Westchester County

NOTE:
If applicant is not owner of premises, signature (or written permission) of owner must be affixed to this application.

# EXHIBIT C

```
Application Number . . . . .    06-00018009            Date   12/01/06
Pin number . . . . . . . . .    370218
Property Address . . . . . .    1 DROMORE RD
Location ID . . . . . . . .     9272
Landkey Description . . . .     31 -37B-1692-    -14A
Tenant nbr, name . . . . .              S & R DEVELOPMENT
Application description . . .   DEMOLITION SINGLE FAMILY
Property Use . . . . . . .
Property Zoning . . . . . .     R-20 ONE FAM RES DIST
Application valuation . . . .            0

Owner                                   Contractor
------------------------------          ------------------------------
S & R DEVELOPMENT ESTATES INC           TMI WRECKING INC
600 MAMARONECK AVE                      STEVEN PALMIOTOO
SUITE 400                               277 E THIRD ST
HARRISON              NY 10528          MT. VERNON,            NY 10553
                                        (914) 668-1824
Other struct info . . . . :     NUMBER OF UNITS                    1.00
------------------------------------------------------------------------
Permit . . . . . .    DEMOLITION PERMIT
Additional desc . .
Permit Fee . . . .       53.00
Issue Date . . . .       12/01/06        Valuation . . . . .          0
------------------------------------------------------------------------
Special Notes and Comments
CC.: TOWN CLERK
MECHANICAL DEMOLITION OF SINGLE-FAMILY
RESIDENCE
INSPECTOR ASSIGNED: BOB DAM ***993-1567***
------------------------------------------------------------------------
Other Fees . . . . . . . . .    BUILDING APPLICATION FEE        50.00

Fee summary        Charged        Paid      Credited        Due
-------------      -------       ------     --------       ------
Permit Fee Total     53.00        53.00         .00          .00
Other Fee Total      50.00        50.00         .00          .00
Grand Total         103.00       103.00         .00          .00
```

*John Lucido* (signature)

_____
                    Town Building Inspector

# EXHIBIT D



# TOWN of GREENBURGH
## DEPARTMENT OF BUILDINGS
177 Hillside Avenue, Greenburgh, New York 10607

*COPY*

C E R T I F I C A T E   O F   C O M P L E T I O N

P E R M A N E N T

```
Issue Date . . . . . . .   12/15/06

Parcel Number . . . . .   31 -37B-1692-     -14A
Property Address . . .   1 DROMORE RD
                         HARTSDALE              NY 10530
Subdivision Name . . .   UNKNOWN
Legal Description . .        000020555433
Property Zoning . . .    R-20 ONE FAM RES DIST

Owner . . . . . . . . .  S & R DEVELOPMENT ESTATES INC

Contractor . . . . . .   TMI WRECKING INC
                         914 668-1824

Application number . .   06-00018009 000 000
Description of Work .    DEMOLITION SINGLE FAMILY
Construction type . .    NOT APPLICABLE
Occupancy type . . . .
Flood Zone . . . . . .
Special conditions .
          MECHANICAL DEMOLITION OF SINGLE-FAMILY
          RESIDENCE
```

Approved . . . . . . .  _John Lueb_
                        Building Official

VOID UNLESS SIGNED BY BUILDING OFFICIAL

## AFFIDAVIT OF SERVICE VIA FEDERAL EXPRESS

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

     **RYAN NEW**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at NEW YORK, NEW YORK.

     That on the 29th day of February, 2008, deponent served the within **DECLARATION OF ELIZABETH GERRITY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT** upon:

> John A. Risi, Esq. (JR 6475)
> BLEAKLEY PLATT & SCHMIDT
> One North Lexington Avenue
> P.O. Box 5056
> White Plains, New York 10602-5056

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed Federal Express overnight mail wrapper, under the exclusive care and custody of Federal Express.

                                                           _____
                                                                 Ryan New

Sworn to before me this
29th day of February, 2008

_____
              Notary

CHRISTOPHER FRETEL
NOTARY PUBLIC, State of New York
No. 02FR6123499
Qualified in New York County
Commission Expires March 7, 2009

457570.1 DocsNY