AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

S&R DEVELOPMENT ESTATES, LLC and "JOHN DOE" NOS. 1 THROUGH 75,
          Plaintiffs,

- against -

STEVEN BASS, EDDIE MAE BARNES, PAUL FEINER, DIANA JUETTNER and FRANCIS SHEEHAN, et al.,
          Defendants.

**APPEARANCE**

Case Number:  07 Civ. 11112 (WCC)(GAY)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs S&R Development Estates, LLC and "John Doe" Nos. 1 through 75

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/4/2008 | *(signature)* |
| Date | Signature |
| | William P. Harrington     5262 |
| | Print Name     Bar Number |
| | Bleakley Platt & Schmidt, LLP     1 No. Lexington Avenue |
| | Address |
| | White Plains     NY     10601 |
| | City     State     Zip Code |
| | (914) 949-2700     (914) 683-6956 |
| | Phone Number     Fax Number |