UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
S&R DEVELOPMENT ESTATES, LLC and "JOHN
DOE" NOS. 1 THROUGH 75,

         Plaintiffs,

- against -

STEVEN BASS, EDDIE MAE BARNES, PAUL FEINER,
DIANA JUETTNER and FRANCIS SHEEHAN,
Constituting the Town Board of the Town of Greenburgh,
Westchester County, New York, STEVEN BELASCO,
MALCOLM BAUMGARTNER, EVE BUNTING-SMITH,
NICHOLAS DECICCO, LAWRENCE DOYLE, ROHAN
HARRISON and DANIEL ROSENBLUM, Constituting
the Zoning Board of Appeals of the Town of Greenburgh,
Westchester County, New York, MARK STELLATO,
Commissioner of the Department of Community
Development and Conservation of the Town of Greenburgh,
TOWN OF GREENBURGH and JOHN and JANE DOE,

         Defendants.
--------------------------------------------------------X

07 Civ. 11112 (WCC)(GAY)

**SO ORDERED**
**STIPULATION**

**ECF CASE**

  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys that the time for Plaintiff to serve and file its opposition papers with respect to Defendants' Motion to Dismiss is extended from March 28, 2008 to April 11, 2008. Accordingly, the time for Defendants to serve and file their reply papers is extended from April 11, 2008 to April 25, 2008.

Dated:  White Plains, New York
     March 17, 2007

BLEAKLEY PLATT & SCHMIDT, LLP      LANDMAN CORSI BALLAINE & FORD, P.C.

By: _John A. Risi_                    By: _James M. Woolsey_
John A. Risi, Esq. (JR 6475)            James M. Woolsey, III (JW 9157)
Attorneys for Plaintiffs                 Attorneys for Defendants
One North Lexington Avenue        120 Broadway, 27th Floor
P.O. Box 5056                            New York, New York 10271-0079
White Plains, New York 10602-5056    (212) 238-4800
(914) 949-2700

So Ordered

_William C. Conner_
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

COPIES MAILED (and e-mailed) TO COUNSEL OF RECORD

2